UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAKIYA NIXON,

                Plaintiff,

– against –

KIN F. NEIL,

                Defendant.

**ORDER**

25-cv-01897 (ER)

Ramos, D.J.:

    This case was removed to this Court on March 7, 2025.  Doc. 1.  On April 16, 2025, Kin F. Neil moved for Makiya Nixon to amend her pleadings to provide a more definite statement of suit, pursuant to Rule 12(e).  Doc. 5.

    The parties are directed to appear for a conference on May 9, 2025, at 10:30 a.m. in Courtroom 619 of the United States Courthouse, 40 Foley Square, New York, NY 10007.

It is SO ORDERED.

Dated:    April 25, 2025
           New York, New York

                                                              Edgardo Ramos, U.S.D.J.