UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAKIYA NIXON,

               Plaintiff,

      – *against* –

KIN F. NEIL, UNITED STATES OF
AMERICA, UNITED STATES POSTAL
SERVICE,

               Defendants.

**ORDER**

25-cv-01897 (ER)

RAMOS, D.J.:

      This case was removed to this Court on March 7, 2025. Doc. 1. An amended complaint was filed on July 30, 2025. Doc. 14. On September 11, 2025, in a conference before the Court, Defendants were granted leave to file a motion to dismiss the complaint with the following briefing schedule: motion due October 1, 2025; opposition due October 29, 2025; and reply due November 5, 2025. Since then, there has been no activity in this case. *See* Docket Entry dated September 11, 2025.

      The parties are directed to file a joint status update with the Court by April 10, 2026.

It is SO ORDERED.

Dated:    April 3, 2026
          New York, New York

                                        _____

                                       EDGARDO RAMOS, U.S.D.J.