

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 22, 2026

**By ECF**
Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

# MEMO ENDORSED

Re:     *Nixon v. Neil,* No. 25 CV 1897 (ER)

Dear Judge Ramos:

In this action, pro se plaintiff Makiya Nixon asserts claims for unlawful employment discrimination against defendants United States Postal Service and Kin Neil, in her individual and official capacities (together, the "Government"); and a claim for money damages against the United States under the Federal Tort Claims Act ("FTCA"). Currently, the Government is due to file a motion to dismiss the amended complaint for lack of jurisdiction on April 24, 2026. Dkt. No. 20.

I write respectfully to request that the Government's time to file the motion be extended by one week, from April 24 to May 1, 2026. The request is being made due to the undersigned's recent health issues which have limited my ability to work on this and other cases. This is the Government's second request for an extension of the deadline. The Court granted the first request on April 10, 2026. Dkt. No. 20. If granted, a corresponding adjustment of the remaining briefing schedule would have Plaintiff's opposition papers due on June 2, and the Government's reply papers due on June 13. I have attempted but been unable to contact Plaintiff to request consent.

The request is granted. The Government is directed to file their motion to dismiss by May 1, 2026; Nixon is directed to file any opposition by June 2, 2026; and the Government is directed to file any reply by June 13, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated:  April 23, 2026
New York, New York

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:     */s/ Brandon Cowart*
BRANDON H. COWART
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2693
E-mail: brandon.cowart@usdoj.gov
    *Attorney for Defendants*