UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAKIYA NIXON,

Plaintiff,

-against-

UNITED STATES OF AMERICA, UNITED STATES POSTAL SERVICE, and KIN NEIL, individually and in her capacity as postmaster,

Defendants.

**ORDER TO ANSWER**
25 Civ. 1897 (ER)

EDGARDO RAMOS, United States District Judge:

This case was removed to this Court from New York City Civil Court, Small Claims Part, Bronx County on March 7, 2025. Doc. 1. Plaintiff filed the first amended complaint ("FAC") on July 30, 2025. Doc. 14. Defendants moved to dismiss the complaint on May 1, 2026. Doc. 23. Plaintiff has not filed a response in opposition. Plaintiff is therefore directed to file a response by October 31, 2026. If Plaintiff fails to file an opposition timely, the Court will consider Defendants' motion to dismiss unopposed.

SO ORDERED.

Dated: October 8, 2026
New York, New York

EDGARDO RAMOS
United States District Judge